**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 83 MAL 2017
                                         :

                 Respondent   :

                                         :    Petition for Allowance of Appeal from
                                       :    the Order of the Superior Court
               v.                    :

                                         :

CURTIS R. GOVAN,                 :

                                        :

                 Petitioner     :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 6th day of July, 2017, the Petition for Allowance of Appeal is

**DENIED**.